IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 25 1999

Michael N. Milby, Clerk

| | |
|---|---|
| WHITMIRE DISTRIBUTION CORP. and CARDINAL HEALTH, INC., Plaintiffs | § § § § § § |
| VS. | §  C. A. NO. H-99-0010 |
| SANDRA E. TAYLOR, RUSSELL L. SMITH, JAMES H. STEVENS, JAMES LOVE, FRANCES O. PARKER, and DREW Z. RAGLAND, Defendants | § § § § § § § § |

## ORDER

The Court, having considered Defendants' Agreed Motion for Enlargement of Time for Defendants to Respond to Plaintiffs' Complaint, and the pleadings on file herein, is of the opinion the enlargement of time should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendants shall respond to, deny, or answer Plaintiffs' Complaint on or before February 22, 1999.

Signed this 25TH day of Jan., 1999.

_____
JUDGE PRESIDING

8