UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 12 1999

Michael N. Milby, Clerk

**Whitmire Distribution Corp., et al.,** §
§
    Plaintiff, §
§
v. § C. A. No. __H-99-010__
§
**Sandra E. Taylor, et al.,** §
§
    Defendants. §

## ORDER OF SETTING

TO ALL COUNSEL OF RECORD:

The Rule 16 Scheduling Conference for the above case has been **ACCELERATED to:**

Date:  **March 26, 1999**

Time:  **2:15 p.m.**

*Room 9136, 9th Floor*
*U.S. Courthouse & Federal Building*
*515 Rusk Avenue*
*Houston, TX 77002*

The Clerk shall enter this Order and notify all parties.

Signed on __February 12, 1999__, at Houston, Texas.

*[signature: Ewing Werlein, Jr.]*
Ewing Werlein, Jr.
United States District Judge

10