Case Number:     C. A. No. H-99-10

Style:     Whitmire Distribution Corp., et al. v. Sandra Taylor, et al.

Appearances:

| Counsel: | Representing: |
|---|---|
| Carla Cotropia | Defendants |
| Cynthia Thomson Diggs | Plaintiffs |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 16 1999

MICHAEL N. MILBY, Clerk

Date: 3/12/99                      Time: 4:15 / 5:15
Court Reporter: Jackie Smith        Law Clerk: Scott Olson

## ORDER

Plaintiff's Application for Temporary Restraining Order is DENIED. It is

ORDERED that a Preliminary Injunction hearing is set for March 18, 1999, at 9:30 a.m. Each side will be allowed one hour for direct and cross-examination. Counsel for Defendants stipulates that her client will not represent to any customers that Whitmire and/or Cardinal is closing its distribution facility located in Houston, Texas.

The Clerk will file this entry and mail copies to Counsel.

Ewing Werlein, Jr.
United States District Judge

18