IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Entered
MAR 17 1999
Michael N. Milby, Clerk

| | | |
|---|---|---|
| WHITMIRE DISTRIBUTION CORP., et al., | § § § | |
| Plaintiffs, | § | Civil Action No. H-99-0010 |
| v. | § § | Judge Werlein |
| SANDRA E. TAYLOR, et al., | § § | |
| Defendants. | § § § | |

## ORDER

The Unopposed Motion for Continuance of the 9:30 a.m., Thursday, March 18, 1999 Temporary Injunction hearing is hereby GRANTED, pending settlement discussions, subject to re-set by request of the parties at a future date if necessary.

Signed this 17TH day of March, 1999.

THE HONORABLE EWING WERLEIN, JR.

3