IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WHITMIRE DISTRIBUTION CORP. and CARDINAL HEALTH, INC., <br> Plaintiffs | § § § § § § |
| VS. | § § C. A. NO. H-99-0010 <br> JURY TRIAL DEMANDED |
| SANDRA E. TAYLOR, <br> RUSSELL L. SMITH, <br> JAMES H. STEVENS, <br> JAMES LOVE, <br> FRANCES O. PARKER, and <br> DREW Z. RAGLAND <br> Defendants | § § § § § § § |

**O R D E R OF DISMISSAL WITH PREJUDICE
AND EXTINGUISHMENT OF AGREED PRELIMINARY INJUNCTION**

Upon stipulation by the parties, and for good cause shown, it is hereby

ORDERED, ADJUDGED, and DECREED that this action and all claims asserted herein, including injunctions against SANDRA E. TAYLOR, RUSSELL L. SMITH, JAMES H. STEVENS, JIM LOVE (improperly referred to as James Love), FRANCES O. PARKER, and DREW Z. RAGLAND are DISMISSED with prejudice.

Further, it is ORDERED that the Agreed Preliminary Injunction entered into on June 23, 1999, is hereby EXTINGUISHED, and is of no further force and effect as of August 13, 1999.

Further, the parties shall pay their own costs.

SIGNED this 13th day of December, 1999.

_____
EWING WERLEIN JR.
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:


BRUCKNER & SYKES, L.L.P.

By: _____
    Cynthia Thomson Diggs
State Bar No. 18554600
       Judith Batson Sadler
State Bar No. 17511850
5847 San Felipe, Suite 3900
Houston, TX 77057
Telephone: 713.877.8788
Telefax: 713.877.8065


HABASH, REASONER & FRAZIER

By: _____
    W. Irl Reasoner
    Jean M. Frazier
    Tracy Turner
471 East Broad Street, Suite 1600
Columbus, OH 43215
Telephone: 614.221.9400
Telefax: 614.221.1214

ATTORNEYS FOR PLAINTIFFS
WHITMIRE DISTRIBUTION CORPORATION
AND CARDINAL HEALTH, INC.

MILLS, SHIRLEY, ECKEL & BASSETT, L.L.P.

By: _____
    Carla Cotropia
State Bar No. 04858700
600 Travis, Suite 3950
Chase Tower
Houston, TX 77002
Telephone: 713.225.0547
Telefax: 713.225.0844

ATTORNEYS FOR DEFENDANTS
SANDRA E. TAYLOR, RUSSELL L. SMITH,
JAMES H. STEVENS, JIM LOVE,
FRANCES O. PARKER, and DREW Z. RAGLAND

ClibPDF - www.fastio.com